IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:15-cv-00401

| | |
|---|---|
| In re: | ) |
| | ) |
| **AT-NET SERVICES-CHARLOTTE, INC.,** | ) |
| | ) |
| Debtor. | ) |
| | ) |
| **AT-NET SERVICES-CHARLOTTE, INC.,** | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) |
| **PNC BANK, NATIONAL ASSOCIATION,** | ) |
| | ) |
| Appellee. | ) |

### ORDER STAYING BRIEFING SCHEDULE AND RELATED DEADLINES

THIS MATTER came before the Court on Debtor-Appellant's' *Motion to Stay Briefing Schedule*, pursuant to Federal Rule of Bankruptcy Procedure 8009 (the "Motion"). [Doc. 3]. Upon consideration of the record and with the consent of the parties, the Court finds and concludes that good cause exists to grant the relief requested.

**IT IS THEREFORE ORDERED that:**

1. The Motion is allowed;

2. The briefing schedule set forth in this Court's order of October 19, 2015 and all other related deadlines in this appeal are stayed until further Order of this Court;

3. The stay established herein may be lifted or otherwise modified upon motion of one or more of the Parties, or upon the Court's own motion.

Signed: November 2, 2015

*[signature]*

Graham C. Mullen
United States District Judge

MWH: 10278.001; 00014580.2