IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:15-cv-00401

| | |
|---|---|
| In re: | ) |
| | ) |
| **AT-NET SERVICES-CHARLOTTE, INC.,** | ) |
| | ) |
| Debtor. | ) |
| | ) |
| **AT-NET SERVICES-CHARLOTTE, INC.,** | ) |
| | ) |
| Appellant, | ) |
| v. | ) |
| | ) |
| **PNC BANK, NATIONAL ASSOCIATION,** | ) |
| | ) |
| Appellee. | ) |

## ORDER DISMISSING APPEAL

THIS MATTER came before the Court on Debtor-Appellant's' *Motion to Dismiss Appeal with Prejudice*, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) (the "Motion"). [Doc. 5]. Upon consideration of the Motion, the Court finds and concludes that good cause exists to grant the relief requested.

**IT IS THEREFORE ORDERED that:**

1. The Motion is allowed;

2. The above-captioned appeal is dismissed with prejudice; and

3. Each of the Parties to this appeal will bear its own costs.

Signed: April 1, 2016

Graham C. Mullen
United States District Judge

MWH: 10278.001; 00015578.1